31-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
CMI COPENHAGEN LTD
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

| | |
|---|---|
| CMI COPENHAGEN LTD, | 08 CIV 00394 (LAK) |
| Plaintiff, | RULE 7.1 STATEMENT |
| -against - | |
| UT WORLDWIDE INDIA PTV LTD, | |
| Defendant. | |

-----------------------------------------------------------------------x

The Plaintiff, CMI COPENHAGEN LTD, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that it is not a publicly traded entity and no publicly held company owns 10% or more of their stock.

Dated: New York, New York
       January 16, 2008

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
CMI COPENHAGEN LTD

By: _____
    Michael E. Unger (MU 0045)
    80 Pine Street
    New York, NY 10005
    Telephone: (212) 425-1900
    Facsimile: (212) 425-1901

NYDOCS1/297385.1