UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - -x

CLIPPER ELITE,

        Plaintiff(s)
V.                                                          08-cv-00394 (LAK)

UT WORLDWIDE INDIA PTV LTD.,
        Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER

    A pretrial conference having been held on February 28, 2008, it is hereby, ORDERED that the Clerk of Court shall place this case on my suspense docket.

Dated: March 5, 2008

                                                   Lewis A. Kaplan
                                         United States District Court